█ MARIE F. TEMPLETON, as *Administratrix of the Estate of* ROBERT R. TEMPLETON, JR., Deceased, et al., Respondents, v. COUNTY OF BROOME et al., Appellants.— Appeal from an order of a Special Term, Supreme Court, Broome County. In this action against the County of Broome and a deputy sheriff of the county arising from a motor vehicle collision, the defendants sought to take before trial the deposition of an eyewitness on the ground " special circumstances " exist within the definition of section 288 of the Civil Practice Act. The witness is not shown to be connected with or under the control of the plaintiffs; and the factual basis for the " special circumstances " claimed is that the witness has refused to give the defendants a statement of the facts of the accident. A passenger in the car of the plaintiff Marie F. Templeton's intestate at the time of the accident has given the defendants two statements; and they

seem to have available also the testimony of a passenger in the defendant county's car. The pressing need for the deposition of the witness involved on this motion is not shown; nor does the record sustain the contention of appellants that "special circumstances" justify the taking of the deposition. (Cf. *Giunta* v. *City of New York*, 273 App. Div. 974.) Order unanimously affirmed, with $10 costs and disbursements. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.